# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2014

148367

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

RICHARD T. CLERC, Personal Representative
of the Estate of SARALYN M. CLERC,
      Plaintiff-Appellee,

v

     SC: 148367
     COA: 307915
     Chippewa CC: 01-005641-NH

CHIPPEWA COUNTY WAR MEMORIAL
HOSPITAL,
      Defendant-Appellee,
and

MARY LYNETTE BAKER, a/k/a MARY K.
BAKER, Personal Representative of the Estate
of ROBERT BRUCE BAKER, M.D., a/k/a
ROBERT B. BAKER,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2014

t1117

Clerk